# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Carole Bowles, et al.,                                    Civil No. 08-3976 (RHK/AJB)

     Plaintiffs,    **DISQUALIFICATION AND**
              **ORDER FOR REASSIGNMENT**

vs.

Wyeth, et al.,

     Defendants.


  The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

  **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

  **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.


Dated:  July 2, 2008

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge